**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David Allen TWYMAN, a/k/a Al Green,
Defendant–Appellant.**

No. 12–6552.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 24, 2012.

David Allen Twyman, Appellant pro se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Allen Twyman appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction and has filed a motion for a transcript at government expense. We have reviewed the record and find no reversible error. Accordingly, we deny Twyman's motion and affirm the district court's order. *United States v. Twyman,* 3:10-cr-00050-JPB-DJJ-2 (N.D.W.Va. Jan. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*